UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                          Cr. No. 14-

Alkis Nakos

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named

defendant having been filed in the above-entitled cause on the 23[th] day of July, 2014.

This 23[th] day of July, 2014.

JOHN P. KACAVAS
United States Attorney

/s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney

WARRANT ISSUED: _____