# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Criminal Case No. 1:14-cr-93-LM

Alkis Nakos

## WAIVER OF DEFENDANT'S APPEARANCE
## AT ARRAIGNMENT

I, **Alkis Nakos**, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 8/1/14      X _____
                               Defendant

Date: 8/1/14      _____
                               Counsel for Defendant

WAIVER APPROVED.

Date: _____  _____
                                                ☐ United States Magistrate Judge
                                                ☐ United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)

# Orr&Reno

**Robert S. Carey**
rcarey@orr-reno.com
Direct Dial 603 223 9110
Direct Fax 603 223.9010

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 AUG -4 A 11: 53

August 1, 2014

Daniel J. Lynch, Clerk
U.S. District Court
District of New Hampshire
55 Pleasant Street
Room 110
Concord, NH 03301-3941

Attn: Kathy Dupont

    *Re:   **United States of America v. Alkis Nakos**
            **Docket No. 1:14-cr-93-LM***

Dear Kathy:

    Enclosed please find Mr. Nakos' Waiver of Appearance at Arraignment and Plea of Not Guilty.

    Please call me with any questions.

                                Very truly yours,

                                Robert S. Carey

RSC/mem
Enclosure
cc:    AUSA Terry Ollila (via electronic mail)
        Alkis Nakos
1184871_1