AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2014 JUL 25 AM 7 10

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. Cr. No. 14- Cr-93-01-LM |
| Alkis Nakos | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alkis Nakos,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Continuing Criminal Enterprise, Conspiracy to Distribute Controlled Substances

2014 AUG -6 P 4:17
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Date: 7/24/2014

*Kathy DuPont*
Issuing officer's signature

*Kathy DuPont, Deputy Clerk*
Printed name and title

City and state:   Concord, New Hampshire

| Return |
|---|
| This warrant was received on *(date)* 07/25/14 , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: 08/06/14 |
| Arresting officer's signature |
| Printed name and title |

***RETURNED UNEXECUTED***WAIVED APPEARANCE***