UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States of America

v.

Alkis Nakos

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

No: 1:14-cr-93-LM

## DEFENDANT ALKIS NAKOS'S NOTICE REGARDING SPEEDY TRIAL

NOW COMES Defendant Alkis Nakos, by and through his counsel, Robert S. Carey, Orr & Reno, P.A., and notifies the Court that he does not waive his speedy trial right in connection with the recent continuance of the trial date, and asserts his right to speedy trial under *Barker v. Wingo*, 407 U.S. 514, 530 (1972).

Respectfully submitted,

ALKIS NAKOS

By his Attorney,

Dated: September 2, 2014

/s/ Robert S. Carey
Robert S. Carey, NH Bar #11815
ORR & RENO, P.A.
45 S. Main Street
P.O. Box 3550
Concord, NH 03302
(603) 224-2381

## CERTIFICATE OF SERVICE

    I hereby certify that on September 2, 2014, a copy of the within Notice was Electronically Served upon all counsel of record and Conventionally upon Alkis Nakos.

                                              /s/ Robert S. Carey
                                              Robert S. Carey, NH Bar #11815

1195467_1