**EXHIBIT A**

July 24, 2014

Glen Lamper, Founder
Independent Marble and Granite
83 Daniel Webster Hwy.
Merrimack, NH 03054

To Whom It May Concern,

I, Glen Lamper, am the founder and owner of Independent Marble and Granite in Merrimack, NH. I have been employed in the marble and granite trade for twenty years, and have owned Independent for seven years. Independent's primary business is in countertop marble and granite fabrication for home and commercial applications, including; kitchens, bathrooms, fireplaces, etc.

As a small business owner, I take very seriously the hiring and retention of skilled, loyal, hard-working employees. They are the backbone of my business, and simply a primary reason Independent has thrived for the last seven years. For these reasons, and with great enthusiasm, I am happy to extend to Alkis Nakos a position with Independent.

I have maintained a friendship with Alkis for roughly twenty years. Our families know each other well. Alkis is smart, well-mannered, soft in his demeanor, easy to work with, and follows instruction well. At Independent, Alkis would be immediately trained in wet polishing marble and granite, with the possibility of taking on greater tasks and responsibilities as he hones and further develops his skills.

I understand that Alkis stands accused of certain crimes. I do not condone any criminal activity, and maintain a safe, fully licensed and certified business. I have no concerns about Alkis working at my company. Further, Alkis had his first child this week, a monumental occasion in anyone's life. In addition to learning a trade, working, hard, and earning an income with my company, I hope that Alkis will have the opportunity to spend time with and nurture his newborn child.

I am, of course, able to speak further about Alkis' tremendous attributes at any time. I may be contacted directly at 603-521-7588.

Sincerely,

Glen Lamper
Independent Marble and Granite