UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

ALKIS NAKOS

No. 1:14-cr-93-01-LM

**UNITED STATES' ASSENTED TO MOTION FOR A FOUR DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS TO SUPPRESS**

The United States of America hereby requests that the Honorable Court grant it a four (4) day extension of time, from January 26, 2015, to and including January 30, 2015, to respond to defendant's motions to suppress. In support thereof, the United States represents that: (1) the United States has discussed a possible resolution of the pending criminal matter with counsel for defendant Nakos, Robert Carey, Esquire; (2) the United States provided defendant Nakos with the date of January 26, 2015, to inform the United States whether he intends to enter into a plea agreement with the United States; (3) if the parties enter into a plea agreement, the motions to suppress will be deemed moot; and (4) if defendant Nakos declines to enter into a plea agreement with the United States, and if the United States is required to respond to the motions to suppress, the issues raised by defendant Nakos in the motions are such that the United States' response will require an additional period of time, to and including January 30, 2015, to respond.

Accordingly, the United States respectfully requests that the Honorable Court allow the United States a four (4) day extension of time, to and including January 30, 2015, to respond to defendant Nakos' motions to suppress.

1

Counsel for defendant Nakos, Robert Carey, Esquire, has been contacted and assents to the United States' request.

Dated: January 22, 2015.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ Terry L. Ollila
Terry L. Ollila,
Assistant U.S. Attorney
Bar No. 560603
United States Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
Terry.Ollila@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the United States' Motion was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Robert Carey, Esquire.

/s/ Terry L. Ollila
Terry L. Ollila
Assistant United States Attorney

The motion of the United States is:

GRANTED ____ DENIED ____

_____
Landya B. McCafferty,
United States District Court Judge

Dated: January __, 2015.

2