UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
United States of America           \*
\*
\*        No:  1:14-cr-00093-LM
v.                                 \*
\*
Alkis Nakos                        \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO WITHDRAW

NOW COMES Robert S. Carey, Orr & Reno, P.A., and moves this Court to permit him to withdraw as counsel for Mr. Nakos for the following reasons:

1. On January 25, 2015, Mr. Nakos advised counsel that he wanted a new lawyer.

2. For several months, the attorney-client relationship has been strained.  Now, it has deteriorated to the point that hinders counsel's further representation of Mr. Nakos.

3. The Government, through AUSA Terry Ollila, assents to this Motion.

WHEREFORE, counsel respectfully requests the Court to:

A. Permit him to withdraw;

B. Appoint new counsel for Mr. Nakos; and,

C. Grant such other and further relief as is just and equitable.

2

Respectfully submitted,

ALKIS NAKOS

By his Attorneys,

Dated:  January 26, 2015 /s/ Robert S. Carey_____
Robert S. Carey, NH Bar #11815
ORR & RENO, P.A.
45 S. Main Street, Suite 400
P.O. Box 3550
Concord, NH  03224-3550
(603) 224-2381

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, a copy of the within Motion was Electronically Served upon all counsel of record and Conventionally upon Alkis Nakos.

/s/ Robert S. Carey_____
Robert S. Carey, NH Bar #11815

1253949_1