UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOSMAS KOUSTAS | No. 1:14-cr-93-02-LM |

**UNITED STATES' ASSENTED TO MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTIONS TO SUPPRESS**

The United States of America hereby requests that the Honorable Court grant it an extension of time, from February 3, 2015, to and including February 9, 2015, to respond to defendant's motions to suppress.    In support thereof, the United States represents that the parties are attempting to arrive at a stipulated disposition which will render the motions to suppress moot.    In addition, because the proposed plea disposition will require the review and approval of several individuals, including defendant, an additional period of time to respond to defendant's motions to suppress is necessary.

Accordingly, the United States respectfully requests that the Honorable Court allow the United States an extension of time, to and including February 9, 2015, to respond to defendant Koustas' motions to suppress.

    Counsel for defendant Koustas, Michael Iacopino, Esquire, has been contacted and assents to the United States' request.

1

Dated: February 4, 2015.

                          Respectfully submitted,

                          JOHN P. KACAVAS
                          United States Attorney

By:    /s/ Terry L. Ollila
       Terry L. Ollila,
       Assistant U.S. Attorney
       Bar No. 560603
       United States Attorney's Office
       53 Pleasant Street
       Concord, NH 03301
       (603) 225-1552
       Terry.Ollila@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the United States' Motion was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Michael Iacopino, Esquire.

                          /s/ Terry L. Ollila
                          Terry L. Ollila
                          Assistant United States Attorney

The motion of the United States is:

GRANTED   ___   DENIED   ___

_____
Landya B. McCafferty,
United States District Court Judge

Dated: February __, 2015.