UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-named matter as LOCAL COUNSEL for the defendant **subject to the Court's approval of Defendant's Motion to Admit Attorney Robert L. Sheketoff** *Pro Hac Vice* **filed herewith**.

Respectfully submitted,
ALKIS NAKOS,
By his attorney,

/s/ Jeffrey T. Karp
Jeffrey T. Karp
MA BBO# 564516
NH Bar No. 16940
ATTORNEY JEFFREY T. KARP, P.C.
P.O. Box 39
Newburyport, MA 01950-0039
(978) 225-8363; fax 978-238-8177

DATED: February 17, 2015        jkarp@attorneykarp.com

**CERTIFICATE OF SERVICE**
I, Jeffrey T. Karp, hereby certify that a true copy of the above document was served upon all counsel of record, via ECF, on February 17, 2015.

/s/ Jeffrey T. Karp
Jeffrey T. Karp