UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>)<br>ALKIS NAKOS   ) | Criminal No.  14-93-01-LM |

ADDENDUM TO DEFENDANT'S MOTION TO
ADMIT ATTORNEY ROBERT L. SHEKETOFF PRO HAC VICE

Pursuant to Local Rule 7.1 the defendant states that the government has informed counsel that it has no objection to the defendant's motion to admit Robert L. Sheketoff pro hac vice in this case.

Respectfully submitted,
ALKIS NAKOS,
By his attorney,

/s/ Jeffrey T. Karp
Jeffrey T. Karp
MA BBO# 564516
NH Bar No. 16940
ATTORNEY JEFFREY T. KARP, P.C.
P.O. Box 39
Newburyport, MA 01950-0039
(978) 225-8363; fax 978-238-8177

DATED: February 18, 2015            jkarp@attorneykarp.com

**CERTIFICATE OF SERVICE**
I, Jeffrey T. Karp, hereby certify that a true copy of the above document was served upon all counsel of record, via ECF, on February 18, 2015.

/s/ Jeffrey T. Karp
Jeffrey T. Karp