UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  14-93-01-LM |
| | ) | |
| | ) | |
| ALKIS NAKOS | ) | |

**ASSENTED TO MOTION TO CONTINUE TRIAL DATE**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to continue the trial date from March 17, 2015 to June 16, 2015.  In support thereof the defendant says that he has new counsel and that the additional time is reasonably necessary to digest the voluminous discovery and properly prepare for trial.

Both counsel for the only other remaining co-defendant and the government have assented to this motion.

Respectfully submitted,
By his attorneys,

/s/ Jeffrey Karp
Jeffrey Karp
NH Bar #16940
P.O. Box 39
54 State Street, 2nd Floor
Newburyport, MA 01950
(978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
Mass. BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 25th day of February, 2015.

/s/ Robert Sheketoff
Robert Sheketoff