UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.

<u>Alkis Nakos</u>

Civil No. 14-cr-00093-LM-1

O R D E R

    The assented to motion to reschedule jury trial (document no. 110) filed by defendant is granted. As the co-defendants have assented to the continuance the following dates apply to Alkis Nakos, Kosmas Koustas, and Frank Fowle; Final Pretrial is rescheduled to June 4, 2015 at 2:00 PM; Trial is continued to the two-week period beginning June 16, 2015, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Landya P. McCafferty
                                              United States District Judge

Date: February 26, 2015

```
cc:    Jeffrey T. Karp, Esq.
       Robert L. Sheketoff, Esq.
       Terry L. Ollila, Esq.
       Michael J. Iacopino, Esq.
       Jaye Rancourt, Esq.
       Liam D. Scully, Esq.
       U.S. Marshal
       U.S. Probation
```