UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS ) | |

**ASSENTED TO MOTION OF DEFENDANT TO EXCUSE APPEARANCE
OF LOCAL COUNSEL AT SUPPRESSION HEARING**

NOW COMES the defendant and requests that this Court excuse the appearance of his local counsel, Jeffrey T. Karp, at the hearing on his Motion to Suppress Evidence now scheduled for April 3, 2015, at 10:00 a.m.

In support hereof, the undersigned counsel for the defendant, Jeffrey T. Karp, states the following:

1. The undersigned counsel for the defendant, Jeffrey T. Karp, is the defendant's local counsel.

2. On February 19, 2015, this Court, McCafferty, J., presiding, granted Motion for Attorney Robert Sheketoff to Appear *Pro Hac Vice* on behalf of the defendant.

3. Attorney Sheketoff intends to take the lead on behalf of the defendant at the upcoming suppression hearing.

4. Since the scheduling of the suppression hearing, Attorney Karp received notice in the matter of <u>Karen Edmonds v. Kevin Edmonds</u>, Essex Probate and Family Court N0. ES14D2002, that a Pretrial Conference has been scheduled for 8:30 a.m. on April 3, 2015, in Salem, Massachusetts.  Said Pretrial Conference may take several hours to complete.

5.  Rather than postpone the suppression hearing, Attorney Karp requests that his appearance be excused.  The defendant's rights will be unaffected by this.

6.  Counsel for the Government and co-defendant Kosmos Koustas have assented to this motion.

WHEREFORE, the defendant requests that this motion is granted and that this Court excuse the appearance of Jeffrey T. Karp at the suppression hearing on April 3, 2015.

                                          Respectfully submitted,
                                          ALKIS NAKOS,
                                          By his attorney,

                                          /s/ Jeffrey T. Karp
                                          Jeffrey T. Karp
                                          MA BBO# 564516
                                          NH Bar No. 16940
                                          ATTORNEY JEFFREY T. KARP, P.C.
                                          P.O. Box 39
                                          Newburyport, MA 01950-0039
                                          (978) 225-8363; fax 978-238-8177
DATED: March 24, 2015                jkarp@attorneykarp.com

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Karp, hereby certify that a true copy of the above document was served upon all counsel of record, via ECF, on March 24, 2015.

/s/ Jeffrey T. Karp
Jeffrey T. Karp