# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
APR 10 2015

USA

v.

Kosmas Koustas

Case # 14-cr-93-02-LM **EXHIBITS**

OFFERED BY:

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Application for Search Warrant - See doc. no. 113 obj. |
| 2 | Application for Search Warrant - See doc. no. 113 obj. |
| 3 | Search + Seizure Warrant dated 11/14/13 |
| 3-1 | Search + Seizure Warrant dated 12/9/13 |
| 3-2 | Search + Seizure Warrant dated 1/6/14 |
| 3-3 | Search + Seizure Warrant dated 2/4/14 |
| 3-4 | Search + Seizure Warrant dated 3/5/14 |

USDCNH-25 (2-96)