UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | Criminal No.  14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS                              ) | |

**ADDENDUM TO DEFENDANT'S ASSENTED TO
MOTION TO CONTINUE TRIAL DATE**

Pursuant to Local Rule 7.1 the defendant states that in addition to the government, counsel for the co-defendants Kosmas Koustas and Frank Fowle have informed the defendant that they have no objection to the defendant's motion to continue the trial date.

Respectfully submitted,
By his attorneys,

/s/ Jeffrey Karp
Jeffrey Karp
NH Bar #16940
P.O. Box 39
54 State Street, 2nd Floor
Newburyport, MA 01950
(978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
Mass. BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 1st day of May, 2015.

/s/ Robert Sheketoff
Robert Sheketoff