UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Alkis Nakos, et al.

Criminal No. 14-cr-93-01-LM

O R D E R

The assented to motion to reschedule jury trial (document no. 131) filed by defendant, Alkis Nakos is granted. As the co-defendants have assented to the continuance the following dates apply to Alkis Nakos, Kosmas Koustas, and Frank Fowle; Final Pretrial is rescheduled to August 4, 2015 at 10:00 AM; Trial is continued to the two-week period beginning August 18, 2015, 10:00 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: May 4, 2015

```
cc:    Jeffrey T. Karp, Esq.
       Robert L. Sheketoff, Esq.
       Terry L. Ollila, Esq.
       Michael J. Iacopino, Esq.
       Jaye Rancourt, Esq.
       Liam D. Scully, Esq.
       U.S. Marshal
       U.S. Probation
```