UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No.  14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS             ) | |

**DEFENDANT'S SECOND MOTION TO
REOPEN DETENTION HEARING**

The defendant, Alkis Nakos, respectfully moves this Honorable Court to reopen his detention hearing pursuant to 18 U.S.C. § 3142 (f) (2).  The defendant's infant daughter has been diagnosed with acute lymphoblastic leukemia (cancer of her white blood cells).  This is new information that has a material bearing on the issue of whether there are conditions of release that will reasonably assure the defendant's appearance and the safety of the community.  This information was not available at the time of the detention hearing or at the time that the defendant first moved to reopen based on the birth of his daughter and an employment opportunity.  The alleged drug ring that the government claims the defendant headed has now been put out of business.  The government has numerous cooperating witnesses and there seems little likelihood that the defendant, at present, poses a danger to the community.  He has life and death concerns that occupy him now.

The defendant's daughter's pediatric hematology/oncology doctor has provided defense counsel with a letter, which can be made available to the Court, that describes the course of her treatment.  After hospitalization for at least one month there will be a regimen of chemotherapy for a total of two years.  Ms. Nakos' therapy requirements will

be a combination of weekly visits to the outpatient clinic, oral chemotherapy at home, three days scheduled chemotherapy admissions, un-scheduled visits to the clinic for supportive care, and emergency admissions if fever of 100.4 or greater occurs.  Because of her suppressed immune system, she should not attend day care settings, and should avoid crowds and people who are ill.

It appears obvious that the daughter's mother will be under tremendous stress and that the father is the most perfect candidate to help care for his daughter and provide the love and support that will maximize the infant's chances for survival.  It is hard to imagine any parent that would not fully participate in this endeavor and there is nothing in the defendant's background that suggests that he would abandon his child in these circumstances.

This Court can fashion conditions of release that will meet any legitimate concern.  The defendant is prepared to accept home detention with appropriate electronic monitoring, with absence from the home only for emergency medical attention for his daughter.  The defendant's mother is willing to execute the appropriate documents to pledge her home.  The defendant is willing to abide by any other conditions that this Court deems appropriate.

The government has informed defense counsel that it objects to this motion.

              Respectfully submitted,
              By his attorneys,

              /s/ Jeffrey Karp
              Jeffrey Karp
              NH Bar #16940
              P.O. Box 39
              54 State Street, 2nd Floor
              Newburyport, MA 01950
              (978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617) 367-3449

CERTIFICATE OF SERVICE

I, Robert Sheketoff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on this 31st day of May, 2015.

/s/ Robert Sheketoff
Robert Sheketoff