UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  14-93-01-LM |
| | ) | |
| | ) | |
| ALKIS NAKOS | ) | |

**ASSENTED TO MOTION TO WAIVE PRESENCE OF
LOCAL COUNSEL AT FINAL PRE-TRIAL CONFERENCE**

Now comes the defendant in the above-named case and respectfully moves this

Honorable Court to permit local counsel to not attend the final pre-trial conference date

of August 4, 2015.  In support thereof the defendant says that local counsel has an out of

state family vacation that week.  In the alternative, the defendant requests that the final

pre-trial conference be rescheduled to a date in July.

Counsel for the government and the co-defendant have assented to this motion.

Respectfully submitted,
By his attorneys,

/s/ Jeffrey Karp
Jeffrey Karp
NH Bar #16940
P.O. Box 39
54 State Street, 2nd Floor
Newburyport, MA 01950
(978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
Mass. BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 8th day of July, 2015.

/s/ Robert Sheketoff
Robert Sheketoff