UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS ) | |

## DEFENDANT ALKIS NAKOS'S WAIVER OF SPEEDY TRIAL RIGHTS

The defendant Alkis Nakos hereby waives his speedy trial rights waives his speedy trial rights from June 16, 2015 to August 18, 2015, the time period he requested that his trial be continued.

/s/ Alkis Nakos

Alkis Nakos

## CERTIFICATE OF SERVICE

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 29th day of July, 2015.

/s/ Robert Sheketoff
Robert Sheketoff

1