UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 29 2015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-93-01-LM |
| | ) | |
| ALKIS NAKOS | ) | |

### DEFENDANT ALKIS NAKOS'S WAIVER OF SPEEDY TRIAL RIGHTS

The defendant Alkis Nakos hereby waives his speedy trial rights waives his speedy trial rights from June 16, 2015 to August 18, 2015, the time period he requested that his trial be continued.

_____
Alkis Nakos