UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 1:14-cr-93-01-LM |
| ) | |
| ALKIS NAKOS ) | |
| ) | |

**AMENDED SENTENCING ENHANCEMENT INFORMATION[1]**
**[21 U.S.C. §§ 841(b)(1)(A)(vii) and 851]**

The United States informs the Court and defendant that defendant,

**ALKIS NAKOS,**

is a person who has engaged in the commission of the following felony drug offenses after having been convicted of a felony drug offense[2]  which has become final:

   (1) from at least in or about 2008, up to and including June 2014, in the District of New Hampshire, the District of Massachusetts, the District of New York, the District of Vermont, and elsewhere, defendant knowingly, intentionally and unlawfully engaged in a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., which were undertaken by defendant in concert with at least five other persons with respect to whom defendant occupied a position of organizer, supervisor, or manager, and from which defendant obtained substantial income and resources, in violation of Title 21, United States Code, Section 848; and

---

[1]The United States' Amended Sentencing Enhancement Information has been altered to omit any reference to a minimum mandatory term of incarceration involving methamphetamine because the Indictment charged defendant Nakos with engaging in a conspiracy to distribute 3,4 methylenedioxymethamphetamine (MDMA), a/k/a Ecstasy, a/k/a Molly, which has a distinct chemical composition from methamphetamine.   Accordingly, defendant Nakos is not subject to any minimum mandatory term of imprisonment based upon his involvement in a conspiracy to distribute 3,4 methylenedioxymethamphetamine (MDMA)

[2]Title 21, United States Code, Section 802 defines "felony drug offense" as any "offense that is punishable by imprisonment for more than one year under any law of the United States or of a State or foreign country that prohibits or restricts conduct relating to narcotic drugs, marihuana, anabolic steroids, or depressant or stimulant substances." See 21 U.S.C. § 802(44).

(2) from at least in or about 2008, up to and including June 2014, in the District of New Hampshire, the District of Massachusetts, the District of New York, the District of Vermont, and elsewhere, defendant knowingly, intentionally and unlawfully agreed and conspired with others known and unknown to distribute, and possess with intent to distribute, in excess of 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a schedule I controlled substance, and 3,4 methylenedioxymethamphetamine (MDMA), a/k/a Ecstasy, a/k/a Molly, a schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Prior to the commission of the felony drug offenses specified above, defendant was indicted by a grand jury for the State of New Hampshire, Hillsborough County (Northern District), and sentenced pursuant to a plea agreement reached between defendant, defendant's counsel, and the State of New Hampshire.   Specifically, defendant was indicated, convicted and sentenced as follows : (1) in Hillsborough County (New Hampshire) Superior Court on January 13, 1998, of the sale of crack cocaine, in violation of New Hampshire RSA 318-B:2, Docket Number 97-S-736, a felony drug offense for which defendant was sentenced to the New Hampshire State Prison for not more than 10 years nor less than 5 years; (2) in Hillsborough County (New Hampshire) Superior Court on January 13, 1998, of the sale of crack cocaine, in violation of New Hampshire RSA 318-B:2, Docket Number 97-S-737, a felony drug offense for which defendant was sentenced to the New Hampshire State Prison for not more than 2 years nor less than 1 year; and (3) in Hillsborough County (New Hampshire) Superior Court on January 13, 1998, of possession with intent to sell crack cocaine, in violation of New Hampshire RSA 318-B:2, Docket Number 97-S-738, a felony drug offense for which defendant was sentenced to the New Hampshire State Prison for not more than 10 years nor less than 5 years.

3

By filing this sentencing enhancement information, the United States Attorney hereby notifies the Court and defendant that upon conviction for either of the offenses charged in the United States' Indictment, defendant will be subject to increased punishment pursuant to 21 U.S.C. § 841(b)(1)(A) (vii), which governs sentencing enhancements based upon the distribution, possession with intent to distribute, or conspiracy to distribute, or possess with intent to distribute, 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

Dated: August 7, 2015.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Terry L. Ollila, Assistant United States Attorney, hereby certify that a copy of the foregoing was sent to Robert Sheketoff, Esquire, counsel for defendant.

/s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney