**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:14-cr-93-01-LM** |
| | ) | |
| **ALKIS NAKOS** | ) | |
| | ) | |

## WITNESS LIST

NOW COMES the United States of America, by and through Donald Feith, Acting

United States Attorney for the District of New Hampshire, and Terry L. Ollila, Assistant United

States Attorney, and hereby submits its witness list.

**Special Agent Jean Drouin**
Drug Enforcement Administration
Bedford, New Hampshire

**Special Agent Garth Hamelin**
Drug Enforcement Administration
Bedford, New Hampshire

**Special Agent Michael Forti**
Drug Enforcement Administration
Bedford, New Hampshire

**Special Agent Gregg Willoughby**
Drug Enforcement Administration
Cross Border Initiative Task Force
Lowell, Massachusetts

**Task Force Officer Robert Sylvia**
Drug Enforcement Administration
Burlington, Vermont

**Senior Patrol Agent Mark R. Simonsen**
US Customs and Border Protection
Swanton, Vermont

**Deputy Patrol Agent in Charge Richard Parker**
US Customs and Border Protection
Burke, New York

**Border Patrol Agent Jeremy Forkey**
US Customs and Border Protection
Beecher Falls, Vermont

**Senior Patrol Agent Gregory B. Woody**
US Customs and Border Protection
Beecher Falls, Vermont

**Senior Patrol Agent Keith Kertz**
US Customs and Border Protection
Cape Canaveral, Florida

**Special Agent Mark Alford**
Federal Bureau of Investigation
Bedford, New Hampshire

**Sergeant Robert LeFoley**
New Hampshire State Police
Concord, New Hampshire

**Sergeant Jennifer MacKenzie**
New Hampshire State Police
Concord, New Hampshire

**Sergeant James R. Norris**
New Hampshire State Police
Concord, New Hampshire

**Sergeant Eric Piche**
New Hampshire State Police
Concord, New Hampshire

**Trooper Stephen Puopolo**
New Hampshire State Police
Concord, New Hampshire

**Sergeant Christopher Roblee**
New Hampshire State Police
Concord, New Hampshire

**Trooper Philip M. Akstin**
New Hampshire State Police
Concord, New Hampshire

**Trooper Stefan Czyzowski**
New Hampshire State Police
Concord, New Hampshire

**Trooper Michael Berntsen**
New Hampshire State Police
Concord, New Hampshire

**Trooper Bryan M. Trask**
New Hampshire State Police
Concord, New Hampshire

**Trooper Stephen F. McAulay**
New Hampshire State Police
Concord, New Hampshire

**Sergeant Paul Poirier**
New Hampshire Liquor Commission
Concord, New Hampshire

**Trooper Gregory Keane**
Massachusetts State Police
Framingham, Massachusetts

**Trooper David Walsh**
Massachusetts State Police
Andover, Massachusetts

**Sergeant Robert Moore**
Manchester, New Hampshire, Police Department
Manchester, New Hampshire

**Sergeant Charles Anderson**
Manchester, New Hampshire, Police Department
Manchester, New Hampshire

**Detective Sean McCabe**
Manchester, New Hampshire, Police Department
Manchester, New Hampshire

**Detective Michael Bergeron**
Manchester, New Hampshire, Police Department
Manchester, New Hampshire

**Officer Thomas C. Whelan**
Manchester, New Hampshire Police Department
Manchester, New Hampshire

**Trooper Branson Perry**
Oklahoma Highway Patrol
Oklahoma City, Oklahoma

**Chief Richard Lapoint**
Chief of Police
Pittsburg Police Department
Pittsburg, New Hampshire

**Sergeant Marc Marchand**
New Hampshire Department of Corrections
Concord, New Hampshire

**Jeffrey A. DeClerk**
Senior Investigator
Mashantucket Pequot Tribal Nation
Mashantucket, Connecticut

**Derek T. Danis**
Danis and Danis
Bedford, New Hampshire

**Allison Ouellette**
Manchester, New Hampshire

**David Givens**
Manchester, New Hampshire

**Steven Sarti**
Quebec Canada

**Charles Fowle**
Manchester, New Hampshire

**Nicholas Champagne**
Manchester, New Hampshire

**Jonathan Venturini**
Manchester, New Hampshire

**Goldbarg Hassan**
Quebec, Canada

**David Sweeny**
Manchester, New Hampshire

Dated: August 10, 2015.

DONALD FEITH
Acting United States Attorney

By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney
Bar No. 560603
55 Pleasant Street
Concord, New Hampshire
(603) 225-1552

## CERTIFICATE OF SERVICE

I, Terry L. Ollila, hereby certify that a copy of the foregoing has been sent, this date, August 10, 2015, to Robert Sheketoff, Esquire, counsel for defendant Alkis Nakos.

/s/ Terry L. Ollila
Terry L. Ollila,
Assistant U.S. Attorney