UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

ALKIS NAKOS

No. 1:14-cr-93-01-LM

## STIPULATIONS

The parties[1] hereby stipulate to the following:

(1) Marijuana seized by law enforcement on or around November 4, 2008, as reflected in Exhibits 4h, 4k, and 4l, was tested and determined to consist of the Schedule I controlled substance marijuana, in the approximate amount of 200 pounds.

(2) Marijuana seized by law enforcement on or around December 23, 2008, as reflected in Exhibits 5f and 5j-1 through 5j-8, was tested and determined to consist of the Schedule I controlled substance marijuana, in the approximate amount of 184 pounds.

(3) Marijuana seized by law enforcement on or around January 21, 2009, as reflected in Exhibits 7b, 7c and 7d, was tested and determined to consist of the Schedule I controlled substance marijuana, in the approximate amount of 1,357 pounds.

(4) Marijuana seized by law enforcement on or around February 24, 2009, as reflected in Exhibits 9g, 9g-1, 9g1a, 9g-2, and 9g-2a, was tested and determined to consist of the Schedule I controlled substance marijuana, in the approximate amount of 58 pounds.

(5) Marijuana seized by law enforcement on or around February 24, 2009, as reflected in Exhibits 17g, 17g-1, and 17g-2, was tested and determined to consist of the Schedule

---

[1] Although counsel for defendant Nakos stipulates that the exhibits referenced above proved positive for the presence of a controlled substance, as identified herein, he nevertheless reserves the right to object to the relevance of the exhibits.

1

I controlled substance marijuana, in the approximate amount of 100 pounds.

(6) Marijuana seized by law enforcement on or around March 30, 2015, as reflected in Exhibit 41kk-8, was tested and determined to consist of the Schedule I controlled substance marijuana, in the approximate amount of 1 pound.

(7) MDMA, 3,4 methylenedioxymethamphetamine, a/k/a Ecstasy, a/k/a Molly, seized by law enforcement on or around March 30, 2015, as reflected in Exhibit 41kk-6, was tested and determined to consist of the Schedule I controlled substance MDMA, 3,4 methylenedioxymethamphetamine, a/k/a Ecstasy, a/k/a Molly, in the approximate amount of 2 pounds.

Dated: August 17, 2015.

    Respectfully submitted,

    DONALD FEITH
    Acting United States Attorney

By:    /s/ Terry L. Ollila
    Terry L. Ollila,
    Assistant U.S. Attorney
    Bar No. 560603
    United States Attorney's Office
    53 Pleasant Street
    Concord, NH 03301
    (603) 225-1552
    Terry.Ollila@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Stipulation was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Robert Sheketoff, Esquire.

    /s/ Terry L. Ollila
    Terry L. Ollila
    Assistant United States Attorney