## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ALKIS NAKOS** | No. 1:14-cr-93-01-LM |

## **STIPULATIONS**

The parties[1] hereby stipulate that the identification will be stricken from the following exhibits and the exhibits shall admitted into full evidence by agreement of the parties:

(1) 12b-1 through 12b-11;

(2) 13d-1 through 13d-5;

(3) 13f-1 through 13f-4;

(4) 17b-1, 17g-1, 17g-2, and 17h-1 through 17h-11;

(5) 18e-1 through 18e-6, and 18k-1 through 18k-4;

(6) 22b, 22c, 22d, and 22e;

(7) 38a-1, and 38a-2a through 38a-2u;

(8) 40a-1, and 40a-2a through 40a-2e;

(9) 41a-1, 41a-1a through 41b-1b, 41jj-1 through 41jj-4, 41kk-1 through 41kk-8, and 41ll-1 through41ll-3; and

(10) 43p-1, 43p-2, 43p-4, 43p-5, 43p-6, 43p-7, and 43p-11.

---

[1] Although counsel for defendant Nakos stipulates that the exhibits referenced above shall be admitted into full evidence, he reserves the right to argue that the audio-recording evidence, as referenced above in points seven (7), eight (8), and nine (9), does not consist of co-conspirator statements.

1

Dated: August 17, 2015.

                                              Respectfully submitted,

                                              DONALD FEITH
                                              Acting United States Attorney

By:    /s/ Terry L. Ollila
         Terry L. Ollila,
         Assistant U.S. Attorney
         Bar No. 560603
         United States Attorney's Office
         53 Pleasant Street
         Concord, NH 03301
         (603) 225-1552
         Terry.Ollila@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the Stipulation was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Robert Sheketoff, Esquire.

                                              /s/ Terry L. Ollila
                                              Terry L. Ollila
                                              Assistant United States Attorney